# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2026

Mr. Robert D. Green
U.S. Attorney's Office
Civil Section
601 N.W. Loop 410
San Antonio, TX 78216

Ms. Christen Hebert
Institute for Justice
816 Congress Avenue
Suite 970
Austin, TX 78701

Mr. Simon Gregory Jerome
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Robert Johnson
Institute for Justice
16781 Chagrin Boulevard
Room 256
Shaker Heights, OH 44120

Ms. Katrin Marquez
Institute for Justice
2 S. Biscayne Boulevard
Suite 3180
Miami, FL 33131

Mr. Jeff Rowes
Institute for Justice
816 Congress Avenue
Suite 970
Austin, TX 78701

Ms. Angelica Astrid Saenz
U.S. Attorney's Office
Western District of Texas
700 E. San Antonio Avenue
El Paso, TX 79901

Mrs. Elizabeth Sanz
Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203

Ms. Sharon Swingle
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Andrew Ward
Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203


    No. 25-50776   Valuta v. Financial CEN
                   USDC No. 3:25-CV-191

Dear Mr. Green, Ms. Hebert, Mr. Jerome, Mr. Johnson, Ms.
Marquez, Mr. Rowes, Ms. Saenz, Mrs. Sanz, Ms. Swingle, Mr. Ward,

Attached is a revised case caption, which should be used on all
future filings in this case.


          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Casey A. Sullivan, Deputy Clerk
          504-310-7642

_____

Case No. 25-50776

_____

Valuta Corporation, Incorporated; Payans Fuel Center, Incorporated,

Plaintiffs - Appellees/Cross-Appellants

v.

Financial Crimes Enforcement Network; Andrea Gacki, in her official capacity as Director of the Financial Crimes Enforcement Network; United States Department of Treasury; Scott Bessent, Secretary, U.S. Department of Treasury; Todd Wallace Blanche, Acting U.S. Attorney General,

Defendants - Appellants/Cross-Appellees